IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KENNY HOGAN,

    Plaintiff,

  v.                                                      No. CV 12-0804 MV/KBM

MS. TURNER,

    Defendant.

## ORDER

This matter is before the Court *sua sponte*. The Court issued notice and waiver of service forms for Defendant Turner. According to the docket (Doc. 16), these items were returned undelivered with a notation that Defendant Turner is no longer employed at the prison facility. Upon further order, former Defendant GEO Group notified the Court that Defendant Turner "was employed with Corizon Health" (Doc. 18). With this new information, Plaintiff will be allowed additional time to obtain Defendant's current address and notify the Court, so that service can be effected for Defendant Turner.

IT IS THEREFORE ORDERED that, within thirty (30) days from entry of this Order, Plaintiff provide the Court with a current address for serving process on Defendant Turner; and the Clerk is directed to mail a copy of this Order to Stephanie Calvillo, RN, CCHP, DON, Lea County Correctional Facility, 6900 W. Millen Drive, Hobbs, NM 88240.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE