IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNY HOGAN,

    Plaintiff,

    v.                                                    No. CV 12-0804 KG/KBM

MS. TURNER,
DR. JOSE ANDRADE,
TWO UNKNOWN TRANSPORT OFFICERS,

Defendants.

## JUDGMENT

    THIS MATTER having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2), (d), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's Civil Rights Complaint; and the Court having entered an order dismissing the complaint without prejudice,

    IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE